176 A.3d 221

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LARRY AUSTIN, DEFENDANT–PETITIONER.

C–348 September Term 2017
079562

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005132–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 221

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOSE CONTRERAS, DEFENDANT–PETITIONER.

C–354 September Term 2017
079573

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002769–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.